IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00631-WYD-MEH

RONALD G. JONES and
SONDRA JONES,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE,

    Defendant.

## ORDER

    THE COURT, having received and reviewed Plaintiffs' Motion to Amend Complaint, and having reviewed the file and being otherwise fully advised, hereby

    ORDERS that Plaintiffs' Unopposed Motion to Amend Complaint (ECF No. 13) is **GRANTED.**  Plaintiffs' Amended Complaint (ECF No. 14) is accepted for filing.

    Dated:  June 1, 2015

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge