IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00631-WYD-MEH | Date: | October 19, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

RONALD G. JONES et al                              Jacob Burg
                                                                       Stephen Burg

  Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE      Kirstin Dvorchak
COMPANY                                                         Rebecca Wagner

  Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**2:58 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:
Following oral argument, the [24] Motion to Compel by Plaintiff was GRANTED IN PART AND DENIED IN PART as stated on the record.

Discussion was also held regarding the Stipulated Protection Order.

**3:36 p.m.        Court in recess.**   Hearing concluded.
Total in-court time    00:38

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.