IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:        1:15-cv-00631-WYD-MEH         Date:   February 23, 2016
Courtroom Deputy:   Molly Davenport                           FTR:    Courtroom A 501

*Parties:*                                                                  *Counsel:*

RONALD G. JONES et al                                     Jacob Burg
                                                                              Stephen Burg
                                                                              David Crough

   Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE      Kirsten Dvorchak
COMPANY                                                              Rebecca Wagner

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:09 a.m.        Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:  [38] MOTION for Sanctions Pursuant to F.R.C.P. 37(b)(2)(A) and Request for an Expedited Hearing by Plaintiffs Ronald G. Jones, Sondra P. Jones is denied without prejudice.

**ORDERED:**  Documents ordered to be produced on the record are due to be produced on or before March 7, 2016.

**ORDERED:**   A Joint Status Report is due by the close of business on February 24, 2016.

A Telephone Status Conference is set for March 7, 2016 at 11:30 before U.S. Magistrate Michael E. Hegarty.  All parties are to conference together and then call Chambers at (303)-844-4507.

Initial expert witness disclosure due:         April 18, 2016
Rebuttal expert disclosure:                         May, 16, 2016

Discovery Deadline:	June 27, 2016
Dispositive Motion Deadline:	July 18, 2016

The Final Pretrial Conference is reset to August 29, 2016 at 10:15 a.m. before U.S. Magistrate Judge Michael E. Hegarty, Courtroom A501, Arraj Courthouse, Denver.

**11:18 a.m.    Court in recess.**   Hearing concluded.
Total in-court time   01:09

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.