IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00631-WYD-MEH

RONALD G. JONES, and
SONDRA JONES,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2016.**

      Plaintiffs' Motion to Amend Scheduling Order [filed April 14, 2016; docket #59] is **denied without prejudice** for failure to confer pursuant to D.C. Colo. LCivR 7.1(a), which states,

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The Motion does not fall under any exception listed in D.C. Colo. LCivR 7.1(b). The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1(a). *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1(a) requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).

      Here, Plaintiffs' voicemail and email sent on the day the Motion was filed [*see* Motion, docket #59 at 1] does not constitute meaningful conferral.