IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 15-cv-00631-WYD-MEH | Date:  April 20, 2016 |
| Courtroom Deputy: | FTR:  Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| RONALD G. JONES, et al | David Crough |
| Plaintiffs, | |
| v. | |
| AMERIC AN FAMILY MUTUAL INSURANCE COMPANY | Kirstin Dvorchak<br>Rebecca Wagner |
| Defendant. | |

**COURTROOM MINUTES**
**MOTION HEARING**

**11:00 a.m.**    **Court in session.**

Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[62] Plaintiff's Motion to Amend Scheduling Order*.  Discussion and argument regarding the motion.  Further discussion regarding documents requested by the Plaintiffs.

**ORDERED**:    *[62] Plaintiff's Motion to Amend Scheduling Order* is **GRANTED in part**.  Deadlines are extended as follows:  Rebuttal experts shall be designated by **May 27, 2016.**  Discovery cut-off is **July 26, 2016**.  Written discovery shall be served 33 days prior to the close of discovery.  Dispositive motions deadline **August 29, 2016.**  The Final Pretrial Conference set for August 29, 2016 is VACATED and RESET for **October 24, 2016 at 10:15 a.m.**

Further discussion regarding attorney's fees.

**11:45 a.m.**    **Court in recess.**    Hearing concluded.
Total in-court time    00:45

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.